UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
Stephen Gerard Sitler &
Stephanie Lee Sitler

                                    05-90299-swr
                                    CHAPTER 7
Debtor                                Judge Steven W. Rhodes
_____/

KOSTOPOULOS & ASSOCIATES PLLC
Jay Piggott (P68091)
Rita Kostopoulos (P63178)
Attorney for Debtor
30800 Van Dyke Ste 204
Warren, MI 48093
(586) 574-0916


## ORDER GRANTING DEBTORS MOTION TO CONVERT FROM A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

     IT IS HEREBY ORDERED that Relief sought in the Debtors Motion to convert form a case under Chapter 7 to a Case under Chapter 13 is hereby granted.

.

**Entered: March 06, 2006**

                                                               _____/s/ Steven Rhodes_____
                                                                 Steven Rhodes
                                                                 Chief Bankruptcy Judge